# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:25-cr-59 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| DANIEL LANCE BUIS | ) | Magistrate Judge Dumitru |

### <u>ORDER</u>

United States Magistrate Judge Mike Dumitru filed a report and recommendation recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One and Count Four of the Superseding Indictment; (2) accept Defendant's guilty plea as to Count One and Count Four of the Superseding Indictment; (3) adjudicate the Defendant guilty of Count One and Count Four of the Superseding Indictment; (4) defer a decision on whether to accept the plea agreement [Doc. 31] until sentencing; and (5) order that Defendant remain in custody until sentencing in this matter. [Doc. 36]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Dumitru's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's report and recommendation [Doc. 36] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One and Count Four of the Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One and Count Four of the Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of Count One and Count Four of the Superseding Indictment;

4. A decision on whether to accept the plea agreement [Doc. 31] is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is scheduled to take place on **August 20, 2026, at 10:00 a.m. EASTERN** before the undersigned.

**SO ORDERED.**

_/s/ Charles E. Atchley, Jr._
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

2